CAROLINE E. CIOTOLI, as Executrix of VINCENZO CIOTOLI, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE Co. et al., Respondents. CAROLINE CIOTOLI, Appellant, v. METROPOLITAN LIFE INSURANCE Co. et al., Respondents. ROSE

POLIDORI, Appellant, v. METROPOLITAN LIFE INSURANCE Co. et al., Respondents.— *Appeal from judgments upon verdicts of no cause of action in three negligence actions. The issue of fact as to negligence and contributory negligence was sharply litigated. A transcription of a stenographic statement, not signed, was improperly received in evidence over plaintiffs' objection in an attempt to impeach a witness. Judgments and orders reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. All concur. [See post, p. 1009.]*